BERGEN COUNTY RIDING CLUB v. TOWNSHIP OF MAHWAH.

November 9, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE TALLEY.

November 9, 1982.

Petition for certification granted.   (See 184 *N.J.Super.* 167)

STATE OF NEW JERSEY v. PETER A. ROBINSON.

November 9, 1982.

Petition for certification granted.